UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

           -v-

ERIC MALLEY,

                              Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

21 .MAG- 304

Defendant __ERIC MALLEY__ hereby voluntarily consents to participate in the following proceeding via ~~videoconferencing~~: _telephone_

__x__   Initial Appearance/Appointment of Counsel

_____   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_____   Preliminary Hearing on Felony Complaint

_____   Bail/Revocation/Detention Hearing

_____   Status and/or Scheduling Conference

_____   Felony Plea/Trial/Sentence

__/s/ Eric Malley__
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Eric Malley_
Print Defendant's Name

__/s/ Marisa K. Cabrera__
Defense Counsel's Signature

_Marisa K. Cabrera_
Print Defense Counsel's Name

This proceeding was conducted by reliable telephone conferencing technology and the dial-in information for the call was publicly available and provided to the press.

January 12, 2021
Date

U.S. Magistrate Judge – ONA T. WANG